# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-CV-00384-WYD-MJW

**BRAD BRAMAN, et al.**

    Plaintiffs,

v.

**QUIZNO'S FRANCHISING, L.L.C., et al.**

    Defendants.

## ORDER GRANTING MOTION OF PLAINTIFFS' COUNSEL
## FOR LEAVE TO APPEAR BY TELEPHONE
## AT SCHEDULING/PLANNING CONFERENCE ON JUNE 6, 2008
( Docket No 32 )

This matter came before the Court upon the Motion of Plaintiffs' counsel for leave to appear by telephone at the Scheduling/Planning Conference on June 6, 2008.

Upon careful consideration, the Court **FINDS** the Motion well-taken. And The motion is Granted.

Therefore, it is **ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' counsel is granted leave to appear by telephone at the Scheduling/Planning Conference on June 6, 2008.

The Court's phone number is (303) 844-2403.

**IT IS SO ORDERED.**

DONE AND SIGNED THIS 2nd DAY OF JUNE, 2008.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO