IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00384-WYD-MJW

BRAD BRAMAN, et al.,

Plaintiffs,

v.

QUIZNO'S FRANCHISING, L.L.C. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion of Defendants' Counsel for Leave to Appear by Telephone at Scheduling/Planning Conference on June 6, 2008, (DN 33), filed with the Court on June 2, 2008, is GRANTED.

    It is FURTHER ORDERED that Plaintiffs' counsel shall initiate a conference call to Defendants' counsel and then contact the court by calling (303) 844-2403 on June 6, 2008, at 9:30 a.m., (Mountain Time).

Date: June 2, 2008